# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## EASTERN DISTRICT OF CALIFORNIA DIVISION

In re: PEREZ, JEFFREY                  §    Case No. 11-17721
      PEREZ, LEEZEL AKVIN              §
                                     §
Debtor(s)                              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 07, 2011.  The undersigned trustee was appointed on July 07, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $_____10,712.78

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 225.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 4,760.20 |
| Leaving a balance on hand of [1]        $ | 5,727.58 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 12/22/2011 and the deadline for filing governmental claims was 01/03/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,345.26.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,345.26, for a total compensation of $1,345.26.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $22.82, for total expenses of $22.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2012 _____    By:/s/SHERYL A. STRAIN _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 11-17721 |
| Case Name: | PEREZ, JEFFREY |
| | PEREZ, LEEZEL AKVIN |
| Period Ending: 11/29/12 | |

| | |
|---|---|
| Trustee: | (007560)    SHERYL A. STRAIN |
| Filed (f) or Converted (c): | 07/07/11 (f) |
| §341(a) Meeting Date: | 08/05/11 |
| Claims Bar Date: | 12/22/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2812 Paula Drive Clovis, CA 93612 | 179,800.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank of America checking account xxxx1300 Locati | 102.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank of America savings account xxxxx4128 | 15.90 | 0.00 | DA | 0.00 | FA |
| 4 | Chase checking account xxxx8087 | 0.50 | 0.00 | | 2,160.55 | FA |
| 5 | Wells Fargo checking account xxxx6291 | 49.00 | 0.00 | DA | 0.00 | FA |
| 6 | checking account with Bank of America xxxx5177 | 6.30 | 0.00 | DA | 0.00 | FA |
| 7 | Chase savings account xxxx8087 | 0.50 | 0.00 | DA | 0.00 | FA |
| 8 | regular and ordinary household goods Location: 9 | 900.00 | 0.00 | DA | 0.00 | FA |
| 9 | regular and ordinary wearing apparel Location: 9 | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | his and hers wedding ring set | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term life insurance policy for debtor for 10K | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term Life insurance for joint debtor in the amou | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 403B retirement | 4,003.52 | 0.00 | DA | 0.00 | FA |
| 14 | 401K for joint debtor | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Medical Malpractice claim against doctor made by | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2005 Honda Pilot van, milg 99K Location: 988 E. | 10,365.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2006 Nissan Maxima, milg 82K | 8,985.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1994 ES300 Lexus, milg 128K Location: 988 E. Lex | 5,625.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2004 Quad 4 wheeler Location: 988 E. Lexington, | 400.00 | 0.00 | DA | 0.00 | FA |
| 20 | Pro rated IRS Tax refund  (u) | 0.00 | 6,000.00 | | 3,235.71 | |
| 21 | Pro rated 2011 FTB refund | 0.00 | 1,100.00 | | 490.34 | |
| 22 | Wells Fargo Account No. 1754 (u) | 0.00 | 0.00 | | 18.53 | FA |
| 23 | VOID | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Bank of America # 3607 (u) | 0.00 | 47.45 | | 47.45 | FA |
| 24 | **Assets**  Totals (Excluding unknown values) | **$254,452.72** | **$7,147.45** | | **$5,952.58** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-17721 | Trustee: (007560) SHERYL A. STRAIN |
| Case Name: PEREZ, JEFFREY | Filed (f) or Converted (c): 07/07/11 (f) |
| PEREZ, LEEZEL AKVIN | §341(a) Meeting Date: 08/05/11 |
| Period Ending: 11/29/12 | Claims Bar Date: 12/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

2011 PRO RATA 2011 TAX REFUNDS

10.18.12: MAILED PRO RATA SHARE OF REFUND TO DEBTOR $4760.20

08.29.12: PAYSTUBS REC'D (MS)

08.28.12: EM TO CONNIE AT RUIZ'S OFFICE FOR PAYSTUBS BY FRIDAY. (MS)

08.23.12: REC'D EM FROM ATTY'S OFFICE, CONNIE TOLD DEBTORS WE NEED ORIGINAL PAYSTUBS. TASKED F/U. (MS)

08.20.12: EMAILED COPIES ARE NOT ANY EASIER TO READ. EMAILED CONNIE REQUESTING ORIGINALS/MORE LEGIBLE COPIES. TASKED F/U FOR END OF WEEK. (MS)

08.20.12: CALLED ATTY'S OFFICE TO REQUEST LEGIBLE COPIES. EMAILING.  (MS)

08.14.12: TASK FROM SAS TO REQUEST MORE LEGIBLE COPIES OF PAYSTUBS. (MS)

07.30.12: WENT THROUGH AND ADDED DATES W/ CONNIE AT EDDIE RUIZ'S OFFICE -  (MS)

07.30.12: LEEZEL PEREZ'S PAYSTUBS FAXED OVER - CALLED ATTY'S OFF'C, DATES ARE TOO BLURRY TO READ. (MS)

06.04.12: CONTACTED ATTY'S OFFICE, THEY SAID THEY WOULD FAX MISSING PAYSTUBS OVER.  (MS)

06.04.12: RETURN TO MS WITH NOTE TO CONTACT DEBTOR.  NOT ALL CHECK STUBS RECEIVED FOR LEEZEL (FIRST PAYDATE 9/9

05.02.12: REC'D FED CHECK (JH)

04.20.12: PAYSTUBS WITH FILE, TO SAS TO REVIEW. (MS)

04.17.12: REC'D EXPLANATION OF $122 - FRESNO CITY COLLEGE CLASS

 CANCELLATAION FEE, NOT SCHEDULED. (MS)

04/13/12: DELIVERED PAYSTUBS FOR BOTH

04.11.12: REC'D CALL FROM CARRIE AT RUIZ'S OFFICE; STATED DEBTOR

 IS STILL GETTING THE PAYSTUBS TOGETHER, HE HAD TO REQUEST THEM

 SHE TOLD ME THAT SHE INFORMED HIM TO PUT A RUSH ON IT.  WILL SEND

 AS SOON AS HE GETS THEM TOGETHER. TASKED F/U (MS)

04.11.12: ASKED CARRIE AT RUIZ'S OFFICE TO FIND OUT WHAT THE $122

 TAKEN OUT OF THE STATE REFUND CHECK WAS APPLIED TO, SHE WILL

 RELAY MESSAGE TO DEBTOR AND CALL ME WITH THAT INFORMATION

 WHEN SHE GETS IT.  TASKED FOR F/U (MS)

04.10.12: F/U CALL TO ATTY'S OFFICE FOR ALL PAYSTUBS POST PETITION(MS)

04.03.12: STATE REFUND CK REC'D, TO JH.  (MS)

04.03.12: CALLED EDDIE RUIZ'S OFF'C REQUESTING PAYSTUBS - DELAY IN REQUEST DUE TO

 MIX UP W/ CHRIS CHAVEZ (SAS REQUESTED PAYSTUBS FOR HIM ALSO)  (MS)

03.19.12: TT REVIEWED RETURNS.

 STARTED PRO RATION IN EXCEL

 TO MS TO GET COPIES OF ALL PAYSTUBS POST PETITION.

02.29.12: FED AND STATE TX RTNS REC'D - HAND DELIVERED $8,577 FED & $2,465 STATE  (MS)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-17721 | Trustee: (007560) SHERYL A. STRAIN |
| Case Name: PEREZ, JEFFREY | Filed (f) or Converted (c): 07/07/11 (f) |
| PEREZ, LEEZEL AKVIN | §341(a) Meeting Date: 08/05/11 |
| Period Ending: 11/29/12 | Claims Bar Date: 12/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01.13.12: LETTERS SENT

01.12.12: SIGNED DRAFTS AND RETURNED TO MS.

01.12.11: IRS REFUND LETTER AND DEMAND LETTER TO DEBTOR TO SAS FOR SIG

12/19/11: TR SPOKE TO DEBTOR, DEBTOR SAID MADE NOV PYMT, NEVER REC'D.

        DEBTOR STOPPING PYMT AND HAVING BANK RE-ISSUE

        AND SEND NOV PYMT. DEC PYMT ON ITS WAY.

10.19.11: PAYSTUBS DROPPED OFF, IN FILE

09.23.11: ADDED TO MASTER LIST

ADMIN:

FORM 1 RECONCILATION

02.21.12: COMPLETE (MS)

01.12.12: TO MS.

CLAIMS:

08.20.12: COMPLETE, READY FOR SAS REVIEW (MS).

ASSETS WHERE ADMINISTRATION IS COMPLETE

NON EXEMPT CASH IN BANK

06.04.12: USE OF TAX REFUND TO OFFSET BALANCES OWED.

10.03.11: A/R SET UP IN ASSET DRAWER

09.23.11: MS TO SET UP A/R

LOCATION:

08.29.12: TO SAS TO REVIEW PAYSTUBS (FINALLY REC'D) AND CLAIMS WORK (MS).

08.15.12: MS DESK.

07.30.12: TO SAS BOOKSHELF FOR REVIEW.

06.04.12: MS DESK TO CALL RE: PAYSTUBS - WRONG MONTHS (MS)

04.20.12: SAS OFFICE FOR REVIEW OF PAYSTUBS (MS)

04.17.12: MS DESK - W/O PAYSTUBS (MS)

04.11.12: TO ASSET DRAWER WHILE WAITING FOR INFO (MS)

03.19.12: MS

02.29.12: SAS TX RTN REVIEW STACK

02.21.12: SAS OFF'C TO REVIEW FORM 1

01.12.12: TO MS

01.12.12: SAS OFF'C TO SIGN '11 TX RTN AND REFUND DEMAND LTTRS

10.03.11: ASSET DRAWER

09/15/11: TO SAS

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-17721 | **Trustee:** (007560) SHERYL A. STRAIN |
| **Case Name:** PEREZ, JEFFREY | **Filed (f) or Converted (c):** 07/07/11 (f) |
| PEREZ, LEEZEL AKVIN | **§341(a) Meeting Date:** 08/05/11 |
| **Period Ending:** 11/29/12 | **Claims Bar Date:** 12/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

8/31/11: JH BANK ANALYSIS

**Initial Projected Date Of Final Report (TFR):**     June 30, 2012          **Current Projected Date Of Final Report (TFR):**     November 30, 2012

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-17721 | |
| Case Name: | PEREZ, JEFFREY | |
| | PEREZ, LEEZEL AKVIN | |
| Taxpayer ID #: | **-***4989 | |
| Period Ending: | 11/29/12 | |

| | |
|---|---|
| Trustee: | SHERYL A. STRAIN (007560) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******11-65 - Checking Account |
| Blanket Bond: | $8,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/18/11 | | CHASE | Acct #1; Payment #1, 2; CHASE CK ACCT | | | 300.00 | | 300.00 |
| | {4} | | Acct #1; Payment #1;<br>CHASE CK ACCT | 278.37 | 1129-000 | | | 300.00 |
| | {4} | | Acct #1; Payment #2;<br>CHASE CK ACCT | 21.63 | 1129-000 | | | 300.00 |
| 01/03/12 | | CHASE ONLINE BILL<br>PAYMENT/JEFF PEREZ | Acct #1; Payment #2, 3; CHASE CK ACCT<br>NOV PYMT | | | 300.00 | | 600.00 |
| | {4} | | Acct #1; Payment #2;<br>CHASE CK ACCT NOV<br>PYMT | 256.74 | 1129-000 | | | 600.00 |
| | {4} | | Acct #1; Payment #3;<br>CHASE CK ACCT NOV<br>PYMT | 43.26 | 1129-000 | | | 600.00 |
| 01/03/12 | | CHASE ONLINE BILL<br>PYMT/JEFFREY PEREZ | Acct #1; Payment #3, 4; CASH IN BK, CHASE<br>ACCT DEC PYMNT | | | 300.00 | | 900.00 |
| | {4} | | Acct #1; Payment #3;<br>CASH IN BK, CHASE<br>ACCT DEC PYMNT | 235.11 | 1129-000 | | | 900.00 |
| | {4} | | Acct #1; Payment #4;<br>CASH IN BK, CHASE<br>ACCT DEC PYMNT | 64.89 | 1129-000 | | | 900.00 |
| 01/24/12 | | JEFFREY PEREZ | Acct #1; Payment #4, 5; BANK ACCOUNT<br>JAN PYMT | | | 300.00 | | 1,200.00 |
| | {4} | | Acct #1; Payment #4;<br>BANK ACCOUNT JAN<br>PYMT | 213.48 | 1129-000 | | | 1,200.00 |
| | {4} | | Acct #1; Payment #5;<br>BANK ACCOUNT JAN<br>PYMT | 86.52 | 1129-000 | | | 1,200.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,175.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,150.00 |
| 04/04/12 | | STATE OF CALIFORNIA | 2011 STATE INCOME TAX REFUND | | | 935.78 | | 2,085.78 |
| | {21} | | Estate's Pro Rata Share<br>of Tax Refunds | 490.34 | 1124-000 | | | 2,085.78 |
| | | | Debtors' pro rata share<br>of California tax Refunds | 445.44 | 1180-000 | | | 2,085.78 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,060.78 |
| 05/03/12 | | UNITED STATES TREASURY | 2011 FEDERAL TAX REFUND | | | 8,577.00 | | 10,637.78 |
| | {4} | | Acct #1; Payment #5 | 191.85 | 1129-000 | | | 10,637.78 |
| | | | Subtotals : | | | $10,712.78 | $75.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-17721 | | Trustee: | SHERYL A. STRAIN (007560) |
|---|---|---|---|---|
| Case Name: | PEREZ, JEFFREY | | Bank Name: | The Bank of New York Mellon |
| | PEREZ, LEEZEL AKVIN | | Account: | ****-******11-65 - Checking Account |
| Taxpayer ID #: | **-***4989 | | Blanket Bond: | $8,500,000.00   (per case limit) |
| Period Ending: | 11/29/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {4} | | Acct #1; Payment #6 | 278.37 | 1129-000 | | | 10,637.78 |
| | {4} | | Acct #1; Payment #7 | 278.37 | 1129-000 | | | 10,637.78 |
| | {4} | | Acct #1; Payment #8 | 211.96 | 1129-000 | | | 10,637.78 |
| | {22} | | Acct #2; Payment #1 | 18.53 | 1229-000 | | | 10,637.78 |
| | {24} | | Acct #3; Payment #1 | 47.45 | 1229-000 | | | 10,637.78 |
| | {20} | | Net of 2011 tax refund<br>after application to non<br>exempt cash accounts &<br>before allocation of<br>debtors' pro rata share of<br>refund | 3,235.71 | 1224-000 | | | 10,637.78 |
| | | | Debtors' net pro rata<br>share of IRS tax refunds<br>after all allocations to<br>other non exempt assets | 4,314.76 | 1180-000 | | | 10,637.78 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,612.78 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,587.78 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,562.78 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,537.78 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,512.78 |
| 10/18/12 | 1001 | Jeffrey and Leezel Perez | Debtors' pro rata share of 2011 tax refunds, net<br>of amounts allocated to other non exempt<br>assets | | 8200-002 | | 4,760.20 | 5,752.58 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,727.58 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,712.78 | 4,985.20 | **$5,727.58** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,712.78 | 4,985.20 | |
| Less: Payments to Debtors | | 4,760.20 | |
| **NET Receipts / Disbursements** | **$10,712.78** | **$225.00** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-17721 | |
| **Case Name:** | PEREZ, JEFFREY | |
| | PEREZ, LEEZEL AKVIN | |
| **Taxpayer ID #:** | **-***4989 | |
| **Period Ending:** | 11/29/12 | |

| | |
|---|---|
| **Trustee:** | SHERYL A. STRAIN (007560) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******11-65 - Checking Account |
| **Blanket Bond:** | $8,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 10,712.78 |
| Less Payments to Debtor : | 4,760.20 |
| Net Estate : | $5,952.58 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******11-65** | **10,712.78** | **225.00** | **5,727.58** |
| | **$10,712.78** | **$225.00** | **$5,727.58** |

# Claims Register

## Case:  11-17721   PEREZ, JEFFREY

Claims Bar Date:   12/22/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SHERYL A. STRAIN<br><br>575 E. ALLUVIAL AVE.,STE 101<br>FRESNO, CA 93720<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>07/07/11 | | $1,345.26<br>$1,345.26 | $0.00 | $1,345.26 |
| | SHERYL A. STRAIN<br><br>575 E. ALLUVIAL AVE.,STE 101<br>FRESNO, CA 93720<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>07/07/11 | | $22.82<br>$22.82 | $0.00 | $22.82 |
| 1 | FIA Card Services, N.A.<br>As Successor to Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/28/11 | 6561<br><br>PHN: 888-702-1161 | $1,671.12<br>$1,671.12 | $0.00 | $1,671.12 |
| 2 | FIA Card Services, N.A.<br>As Successor to Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/28/11 | 3897<br><br>PHN: 888-702-1161 | $15,060.18<br>$15,060.18 | $0.00 | $15,060.18 |
| 3 | FIA Card Services, N.A.<br>As Successor to Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/28/11 | 3119<br><br>phn: 888-702-1161 | $4,287.84<br>$4,287.84 | $0.00 | $4,287.84 |
| 4P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>10/04/11 | 9495 & 5319<br><br>phn: 916-845-4750 | $1,063.91<br>$1,063.91 | $0.00 | $1,063.91 |
| 4U | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/11 | 9495 & 5319<br><br>phn: 916-845-4750 | $452.78<br>$452.78 | $0.00 | $452.78 |
| 5 | Chase Bank USA, N.A.<br>PO Box 15145<br><br><br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/12/11 | xxxxxxxxxxx5030<br><br>phn: 800-238-3267 | $5,960.12<br>$5,960.12 | $0.00 | $5,960.12 |

# Claims Register

### Case:  11-17721    PEREZ, JEFFREY

Claims Bar Date:    12/22/11

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | American Express Centurion Bank<br>C/O Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>10/17/11 | 1004<br><br>phn: 610-644-7800 | $669.28<br>$669.28 | $0.00 | $669.28 |
| 7 | Capital One Bank (USA), N.A.<br>c/o American InfoSource LP<br>PO Box 248839<br><br>Oklahoma City, OK 73124-8839<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>10/18/11 | xxxxxxxxxxxx264<br>4<br><br>phn: 877-893-8820 | $1,717.53<br>$1,717.53 | $0.00 | $1,717.53 |
| 8 | Capital One Bank (USA), N.A.<br>c/o American InfoSource LP<br>PO Box 248839<br><br>Oklahoma City, OK 73124-8839<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>10/18/11 | xxxxxxxxxxxx059<br>3<br><br>phn: 877-893-8820 | $1,136.49<br>$1,136.49 | $0.00 | $1,136.49 |
| 9 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>11/30/11 | xxxxxxxxxxxx975<br>3<br><br>JC Penney<br>phn: 305-379-7674 | $894.92<br>$894.92 | $0.00 | $894.92 |
| 10 -2 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br><br>Greenville, SC 29602<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>12/12/11 | xxxxxxxxxxxx505<br>2<br><br>phn: 864-235-7336<br>email: askbk@resurgent.com | $2,119.80<br>$2,119.80 | $0.00 | $2,119.80 |
| 11 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>12/12/11 | 4101<br><br>phn: 864-235-7336<br>email: askbk@resurgent.com | $5,037.82<br>$5,037.82 | $0.00 | $5,037.82 |
| 12 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712<br><br>\<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured<br>12/22/11 | xxxxxxxxxxxx7135<br><br>Gottschalks<br>phn: 520-577-1544 | $837.16<br>$837.16 | $0.00 | $837.16 |

# Claims Register

## Case:  11-17721  PEREZ, JEFFREY

Claims Bar Date:  12/22/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Capital One, N.A<br>c/o Bass & Associates, P.C.<br>3936 E Ft Lowell Rd #200<br>Tucson, AZ 85712<br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>11/05/12 | | $837.16<br>$837.16 | $0.00 | $837.16 |
| NOTFILED | American Honda Finance<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>07/07/11 | xxxxx0528 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank Of America<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>07/07/11 | xxxxxxxxxx9999 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>07/07/11 | xxxxxxxxxx4532 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Pacific Service C U<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>07/07/11 | xxxxx0001 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | California Business Bu<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxx7301 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | California Business Bureau<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxxxxxx-0001 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Central Billing Service<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxx9143 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Central Billing Service<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxxx7807 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Dsnb Macys<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxxxxx2720 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Grant Mercantile Age<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxxxxxxxx11Y1 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Hsbc Best Buy / Bankruptcy<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/11 | xxxxxxxxxxxx983<br>1 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case:  11-17721    PEREZ, JEFFREY

Claims Bar Date:    12/22/11

| Claim Number | Claimant Name / \<Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc Nv / Hsbc | Unsecured 07/07/11 | xxxxxxxxxxx299 6 | $0.00 $0.00 | $0.00 | $0.00 |
| | \<7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| NOTFILED | Kubo Orthodontic Group | Unsecured 07/07/11 | xNA43 | $0.00 $0.00 | $0.00 | $0.00 |
| | \<7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| NOTFILED | Protection One Security | Unsecured 07/07/11 | xxxx8256 | $0.00 $0.00 | $0.00 | $0.00 |
| | \<7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| NOTFILED | Sears/cbsd | Unsecured 07/07/11 | xxxxxxxxxxx410 1 | $0.00 $0.00 | $0.00 | $0.00 |
| | \<7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| NOTFILED | Wf Fin Bank  / Wells Fargo Financial | Unsecured 07/07/11 | xxxxxxxxxxx563 4 | $0.00 $0.00 | $0.00 | $0.00 |
| | \<7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

|  | | | | Case Total: | $0.00 | $43,114.19 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-17721
Case Name: PEREZ, JEFFREY
Trustee Name: SHERYL A. STRAIN

|  | **Balance on hand:** | $ | 5,727.58 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 5,727.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - SHERYL A. STRAIN | 1,345.26 | 0.00 | 1,345.26 |
| Trustee, Expenses - SHERYL A. STRAIN | 22.82 | 0.00 | 22.82 |

| | Total to be paid for chapter 7 administration expenses: | $ | 1,368.08 |
|---|---|---|---|
| | Remaining balance: | $ | 4,359.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 4,359.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,063.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Franchise Tax Board | 1,063.91 | 0.00 | 1,063.91 |

| | Total to be paid for priority claims: | $ | 1,063.91 |
|---|---|---|---|
| | Remaining balance: | $ | 3,295.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 39,845.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services, N.A. | 1,671.12 | 0.00 | 138.22 |
| 2 | FIA Card Services, N.A. | 15,060.18 | 0.00 | 1,245.62 |
| 3 | FIA Card Services, N.A. | 4,287.84 | 0.00 | 354.65 |
| 4U | Franchise Tax Board | 452.78 | 0.00 | 37.45 |
| 5 | Chase Bank USA, N.A. | 5,960.12 | 0.00 | 492.96 |
| 6 | American Express Centurion Bank | 669.28 | 0.00 | 55.36 |
| 7 | Capital One Bank (USA), N.A. | 1,717.53 | 0.00 | 142.06 |
| 8 | Capital One Bank (USA), N.A. | 1,136.49 | 0.00 | 94.00 |
| 9 | GE Capital Retail Bank | 894.92 | 0.00 | 74.02 |
| 10 -2 | PYOD LLC its successors and assigns | 2,119.80 | 0.00 | 175.33 |
| 11 | PYOD LLC its successors and assigns | 5,037.82 | 0.00 | 416.68 |
| 12 | HSBC Bank Nevada, N.A. | 837.16 | 0.00 | 69.24 |

Total to be paid for timely general unsecured claims: $    3,295.59

Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 837.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Capital One, N.A | 837.16 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $    0.00

Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $                0.00

Remaining balance:                $                0.00

**UST Form 101-7-TFR (05/1/2011)**