SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E ALLUVIAL, SUITE 101
FRESNO, CA  93720
PHONE:              (559) 435-2100
FACISIMILE:        (559) 435-5656

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:                                      ) Case No.: 11-17721-A
                                            )
JEFFREY PEREZ                               )
                                            )
And                                         ) TRUSTEE'S NARRATIVE AND
                                            ) APPLICATION FOR COMPENSATION
LEEZEL AKVIN PEREZ                          ) (Filed with Trustee's Final Report)
                                            )
         Debtors                            )
                                            )
                                            )
                                            )
                                            )

After review of the petition filed by the above captioned debtors, and debtors' testimony at the first meeting of creditors, I made demand for certain financial records. I analyzed those records and determined, based on my analysis that the debtors had non exempt in their accounts on the date of filing. I made demand for, and received, either directly or via an offset of the debtors' pro-rata share of collected tax refunds, the amount of that non-exempt cash. I also made demand for income tax return copies because I believed that the debtors might be entitled to tax refunds, a portion of which would be property of the bankruptcy estate. The copies were provided and the refund checks were either intercepted or turned over by the debtor.

I investigated the value of other assets and did not discover anything for benefit of creditors.

-1-

I imported filed claims into my bankruptcy computer program and linked those claims to the claims scheduled. I imported non filed, scheduled claims, and then reconciled those to the filed bankruptcy petition, making corrections where necessary. I reviewed the claims and determined that no objections were necessary.

During my administration of this case, I reviewed and reconciled monthly bank statements and provided reports to the Office of the United States Trustee as required. I also prepared the final report herein. Subsequent to approval of this final report, I will disburse checks in payment to creditors, handle calls as necessary, prepare a Report of Distribution, and deposit required records with the Office of the United States Trustee. I will thereafter close and store my file for the time period required by the Office of the United States Trustee and purge this file from my bankruptcy computer software program data. I will continue to report on this case as requested by the Office of the United States Trustee.

The amount of compensation and expense reimbursement requested by trustee are set forth in the attached Trustee's Compensation Report.

Printed: 11/29/12 01:42 PM

# Trustee's Compensation

**Debtor:** PEREZ, JEFFREY

**Case:** 11-17721

| **Computation of Compensation** | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 5,952.58 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 952.58 | = | 95.26 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | **Calculated Total Compensation:** | | **$1,345.26** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$1,345.26** |
| | Less Previously Paid: | | 0.00 |
| | **Total Compensation Requested:** | | **$1,345.26** |

| **Trustee Expenses** | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 111 copies at 0.0 cents per copy | 12.66 |
| Postage | | 1.52 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 8.64 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | **Subtotal Expenses:** | **$22.82** |
| | Plus Adjustment: | 0.00 |
| | **Total Expenses:** | **$22.82** |
| | Less Previously Paid: | 0.00 |
| | **Total Expenses Requested:** | **$22.82** |

    The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

    WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,345.26 as compensation and $22.82 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 11/29/12

Signed: /s/ SHERYL A. STRAIN

SHERYL A. STRAIN

575 E. ALLUVIAL AVE.,STE 101
FRESNO, CA 93720